■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CORNELIUS STEENBAKKER v. WARDEN OF MANHATTAN HOUSE OF DETENTION FOR MEN.— Motion to reduce bail denied, having become academic by virtue of the decision of this court in People ex rel. Steenbakker v. Koson (34 A D 2d 617) decided herewith. Concur — Capozzoli, P. J., McGivern, Markewich and Tilzer, JJ.